UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

ROBERT DINGLE, JR.,

Plaintiff,

**MEMORANDUM & ORDER**
26-CV-4963 (EK)(CHK)

-against-

NEW YORK CITY DEPARTMENT OF SANITATION et al.,[1]

Defendants.

-----------------------------------x

ERIC KOMITEE, United States District Judge:

Plaintiff Robert Dingle, Jr.'s motion to disqualify me from presiding over this case, ECF No. 5, is denied. Dingle argues that a reasonable person would question whether I can be impartial, citing "the *ex parte* communications and procedural record" in his prior case against the New York City Department of Sanitation, over which I also presided. *Id.* at 2; *see Dingle v. City of New York*, No. 24-CV-4026 (E.D.N.Y.). These allegations lack any factual basis.

*First*, the Court did not engage in any *ex parte* communications. Rather, by "*ex parte* communications," Dingle appears to be referring to the fact that he failed to receive certain mailings. *See* Mot. 2 ("These communications some of

[1] The New York City Department of Sanitation is erroneously identified in the complaint as "Department of Sanitation New York." The Clerk of Court is respectfully directed to amend the case caption to conform with the above.

which [are] reflected on the case docket, were not disclosed to plaintiff . . . . The existence and substance of these communications are reflected in the court record . . . ."). And the docket reflects the Court's directives to the Clerk to mail copies of its orders to Dingle.

*Second*, Dingle claims I erred in dismissing his prior complaint because the Department of Sanitation "failed to file timely defense pleadings and otherwise defaulted." Mot. 2. This assertion appears to be predicated on a misunderstanding of the applicable deadlines. Defendants received an extension of time until August 19, 2024 to respond to the complaint. *See Dingle v. City of New York*, No. 24-CV-4026 (E.D.N.Y.), Dkt. No. 8. The Department of Sanitation met that deadline by filing a motion for a pre-motion conference. *See id.*, Dkt. No. 12. In response, the Court set October 3, 2024 as the deadline to move to dismiss the complaint. *See id.*, Dkt. No. 16. The Court extended that deadline once — to October 25 — and the Department of Sanitation met that deadline. *See id.*, docket order dated October 2; *id.*, Dkt. No. 22. As such, there was no default.

Accordingly, Dingle's motion to disqualify the undersigned must be denied.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 24, 2026
Brooklyn, New York